## Lancaster County *v.* Hershey, Appellant.

Reargued Feb. 2, 1903.  Appeal, No. 149, Jan. T., 1902, by defendants, from order of C. P. Lancaster Co., Feb. T., 1900, No. 85, making absolute rule for judgment for want of a sufficient affidavit of defense in case of Lancaster County v. Emanuel H. Hershey, C. H. Hershey, Amos Hershey, Jacob L. Brubaker and Joel S. Eaby.  Before MITCHELL, DEAN, BROWN, MESTREZAT and POTTER, JJ.  Affirmed.

*John G. Johnson,* with him *B. C. Kready, W. M. Franklin, J. K. Appel* and *John E. Snyder,* for appellant.

*A. B. Hassler,* with him *N. F. Hall,* for appellee.

OPINION BY MR. JUSTICE DEAN, April 20, 1903:
There were two appeals from the judgment of the court below in this case.  This one was taken by but two of the sureties, these appellants; the other was taken by the other two sureties, C. H. and Amos Hershey.  In the case of the two latter, we have handed down opinion this day.  Nothing further need be said on this appeal.  The judgment of the court below is affirmed.